IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |

See Attached Exhibit

## ENTRY OF APPEARANCE

COMES NOW attorney J. Joseph Kusmierczak of Flint Cooper Cohn Thompson & Miracle, and hereby enters his appearance on behalf of Plaintiff Rudy Apalategui, in the above referenced action.

Respectfully submitted,

**FLINT COOPER COHN THOMPSON & MIRACLE, LLC**

*/s/ J. Joseph Kusmierczak*
J. Joseph Kusmierczak, IL Bar No. 6276603
FLINT COOPER COHN THOMPSON & MIRACLE
222 East Park Street, Suite 500
P.O. Box 189
Edwardsville, IL 62025
Phone: (618) 288-4777
Fax: (618) 288-2864
jkusmierczak@flintcooper.com
***Attorney for Plaintiff***

**EXHIBIT**

| | | |
|---|---|---|
| Warren | Linda & Douglas | 1:16-cv-02014 |
| Peterson | Pamela J. | 1:16-cv-02170 |
| Blasioli | Nicholas & Lizzie | 1:16-cv-02465 |
| Weinstein | Lauren | 1:16-cv-02768 |
| Smith | Mark & Susie | 1:16-cv-02846 |
| Lainas | Gus | 1:16-cv-03294 |
| Lifer | Cynthia | 1:16-cv-03390 |
| Looper | Victoria | 1:16-cv-03510 |
| Lewis | Edward O. & Bonnie S. | 1:16-cv-03533 |
| Stipanovich | James | 1:16-cv-2858 |
| Elliott | Roogie & Betty | 1:16-CV-2937 |
| Costantino | Christie | 1:16-cv-3075 |
| Graham | Dana | 1:16-cv-3079 |
| Vining | Angela | 1:16-cv-3261 |
| Lockwood | Angie | 1:16-cv-3287 |
| Fernandez | Heliodoro | 1:16-cv-3413 |
| Mercuri | Natale | 1:17-cv-00054 |
| Lundgren | Mary Beth | 1:17-cv-00056 |
| Perkins | Thomas | 1:17-cv-00060 |
| Rodriguez | Joel | 1:17-cv-00217 |
| Medeiros | John | 1:17-cv-00418 |
| Miller | Michelle | 1:17-cv-00425 |
| Walker | William | 1:17-cv-00430 |
| Higginbotham | Tammie | 1:17-cv-00590 |
| O'neal | Latoshia | 1:17-cv-00594 |
| Blount | Danna | 1:17-cv-00710 |
| Wilson | Dorothy | 1:17-cv-00776 |
| Oliver | John-baptiste | 1:17-cv-00786 |
| Mitchell | Bennie | 1:17-cv-00788 |
| Baker | Scott & Patty | 1:17-cv-00926 |
| Emery | Nakia | 1:17-cv-00957 |
| Mulvehill | Patrick | 1:17-cv-01013 |
| Spivey | Kristine M. | 1:17-cv-02141 |
| Schwartz | Pamela C. & Jack R. | 1:17-cv-02238 |
| Willis | Barbara | 1:17-cv-02312 |
| Muse-cleveland | Diogenes | 1:17-cv-02413 |
| Williams | Beth | 1:17-cv-02415 |
| Nash | Latonya | 1:17-cv-02431 |

| Field | Sandra | 1:17-cv-03605 |
|---|---|---|
| Mahlon | Victoria | 1:17-cv-03985 |
| Schwab | Therese M. | 1:17-cv-03988 |
| Patterson | Jerome | 1:17-cv-03990 |
| Jones | John | 1:17-cv-04338 |
| Hasley | Rickie | 1:17-cv-04541 |
| Serrano | Mauricio | 1:17-cv-04586 |
| Knight-ray | Linda | 1:17-cv-04608 |
| Larson | Lindsy | 1:17-cv-04609 |
| Alexander | Troy | 1:17-cv-1238 |
| Pena | Samantha | 1:17-cv-201 |
| Walton | Angela | 1:17-cv-63 |
| Bartolotta (arp) | Eva | 1:18-cv-00230 |
| Howell | Joanne | 1:18-cv-00261 |
| Nowakowski | Alexis & Troy | 1:18-cv-01562 |
| Woodrum | Carrie E. | 1:18-cv-03757 |
| Saiz | Gerald | 1:19-cv-00193 |
| Mccombs | June | 1:19-cv-00754 |
| Dailey Jr. | Harris | 1:19-cv-01392 |
| Mecham | Janice M. & Richard | 1:19-cv-01807 |
| Bales | Brian | 1:19-cv-01894 |
| Barry | Karlton | 1:19-cv-01909 |
| Kilcrease | Therman Jr. | 1:19-CV-02321 |
| Crocker | Charlton | 1:19-cv-02449 |
| Kaczenski | Robert | 1:19-cv-02613 |
| Boyle | Joseph | 1:19-cv-02791 |
| Kastner | Darrell | 1:19-cv-02896 |
| Dahlke | Jeffrey | 1:19-cv-03110 |
| Beilman | Joseph | 1:19-cv-03418 |
| Powell | Ricky | 1:19-cv-03567 |
| Siro | Edward Jr. | 1:19-cv-03569 |
| Pizzi | David | 1:19-cv-03670 |
| Chapman | Shantel | 1:19-cv-04480 |
| Dunn | Jerrold | 1:19-cv-04549 |
| Stith | Charlie | 1:19-cv-04653 |
| Cornett | Harlan | 1:19-cv-3053 |
| Hartman | Dennis | 1:19-cv-3420 |
| Brown | Kosmo | 1:19-cv-4497 |
| Lamp | Nina | 1:19-cv-4684 |

| Perez | Guillermo | 1:22-cv-06899 |
| Goss | Nicole | 1:23-cv-6956 |
| Corbett | Shayla | 1:23-cv-6957 |
| Stade | Jacqueline | 2:17-cv-00251 |
| Fields | Korkesha | 1:25-cv-07128 |
| Knox | Mark | 1:23-cv-07008 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ J. Joseph Kusmierczak*